IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **14-cv-01714-JLK**

**TRACY SELANDERS,**

      Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

      Defendant.

---

## ORDER
---

Kane, J

Upon consideration of Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 23), and for good cause appearing,

**ORDERED** that the Commissioner's decision is **REVERSED** under sentence four of 42 U.S.C. § 405(g)[1] and the case **REMANDED** to the Commissioner for further administrative proceedings, as follows:

On remand, the Appeals Council will remand the matter to an administrative law judge (ALJ) for further evaluation of the record and a new decision. The Appeals Council will direct the ALJ to:

- give Plaintiff another opportunity for a hearing, take any steps necessary to complete the administrative record, and issue a new decision;

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

- give specific consideration to Plaintiff's knee impairment in relation to Listing 1.02(A); and

- if Plaintiff's condition does not meet or medically equal the criteria of any listed impairment, the ALJ will obtain supplemental testimony from a vocational expert.

Dated:  March 3, 2015                                 *s/John L. Kane*
                                                     SENIOR U.S. DISTRICT JUDGE